**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**WILLIAM MCGHEE,**                                    CASE NO.  **3:12-cv-320**

    Plaintiff,                                    **Judge Timothy S. Black**

  **-vs-**

**COMMISSIONER OF**
**SOCIAL SECURITY,**

  Defendant.

_____
**JUDGMENT IN A CIVIL CASE**
_____

[ ]    **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

[X]    **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that the ALJ's Non-Disability Finding is found to be **NOT SUPPORTED BY SUBSTANTIAL EVIDENCE**, and it is **REVERSED;** this matter is **REMANDED** to the ALJ under the fourth sentence of 42 U.S.C.§ 405(g); and this case is **CLOSED** from the docket of the Court.

Date: November 20, 2013                                    **JOHN P. HEHMAN, CLERK**

                                                    By: _s/ M. Rogers_
                                                    Deputy Clerk